FILED
APR 29 2016
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ROBERT BELL,<br>　　　　　　　　　　Plaintiff,<br>v.<br>CALIFORNIA DEPARTMENT OF CORRECTIONS & REHABILITATION, et al.,<br>　　　　　　　　　　Defendants. | Case No.: 14-cv-1397-BEN (PCL)<br>**ORDER:**<br>**(1) ADOPTING REPORT AND RECOMMENDATION**<br>**(2) GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

　　　　Plaintiff David Robert Bell initiated this action under 42 U.S.C. § 1983, alleging violations of his civil rights related to his medical care while incarcerated. On November 9, 2015, Defendants filed a Motion for Summary Judgment. (Docket No. 68.) Plaintiff filed an Opposition, and Defendant filed a Reply. (Docket Nos. 78, 79.)

　　　　On March 29, 2016, the Magistrate Judge issued a thorough and thoughtful Report and Recommendation, recommending that this Court grant in part and deny in part Defendants' Motion. (Docket No. 83.) Objections were due by April 26, 2016. (*Id.*) No objections have been filed. For the reasons stated below, the Report and Recommendation is **ADOPTED**.

///

A district judge "may accept, reject, or modify the recommended disposition" of a magistrate judge on a dispositive matter. Fed. R. Civ. P. 72(b)(3); *see also* 28 U.S.C. § 636(b)(1). "[T]he district judge must determine de novo any part of the [report and recommendation] that has been properly objected to." Fed. R. Civ. P. 72(b)(3), However, "[t]he statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also Wang v. Masaitis*, 416 F,3d 992m 1000 n.13 (9th Cir. 2005). "Neither the Constitution nor the statute requires a district judge to review, de novo, findings and recommendations that the parties themselves accept as correct." *Reyna-Tapia*, 328 F.3d at 1121.

This Court has reviewed the record in this matter. In the absence of any objections, the Court fully **ADOPTS** the Report and Recommendation. Defendants' Motion is **GRANTED in part** and **DENIED in part**. Defendants' Motion is granted as to Plaintiff's Third, Fifth, and Sixth causes of action. In addition, Defendants Glynn, Walker, and Seeley are entitled to judgment as a matter of law on all claims against them. Finally, Plaintiff's request for additional discovery is **DENIED**.

**IT IS SO ORDERED.**

Dated: 4/24, 2016

Hon. Roger T. Benitez
United States District Judge